```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

CHRISTOPHER WITHERS, #103135                              PETITIONER

VERSUS                      CIVIL ACTION NO.  4:09cv119-TSL-LRA

McQUA JONES, Warden                                       RESPONDENT

<u>ORDER</u>

BEFORE the court is petitioner's request for habeas corpus relief filed pursuant to 28 U.S.C. § 2254.  Having reviewed documents submitted for filing by the petitioner, this court finds that the petitioner was convicted of a sex crime involving a minor and he has referred to the minor victim by name in his memorandum in support of the instant habeas petition and in his attachment to the brief.

Clearly, petitioner has failed to comply with the Administrative Procedures regarding Case Management/Electronic Case Filing (CM/ECF).  The petitioner and the other parties in the instant civil case are reminded that only the initials of a minor should be used in filed documents, that the social security number shall be shown by only its final four digits, that the person's date of birth shall be stated by only the year of birth, and that any financial account number shall be stated by only the last four digits or letters of the number.  Therefore, since the petitioner referred to the minor victim by name in his memorandum in support of the instant habeas petition and attachment to the brief, this court has determined that the memorandum in support

and attachment to the brief will be sealed in this matter. Accordingly,

IT IS HEREBY ORDERED that the clerk of court is directed to seal, until further order of this court, the memorandum in support of the instant habeas petition and attachment to the brief submitted for filing in this matter.

SO ORDERED, the 15th day of September, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE